**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00443-CR**
**NO. 09-12-00444-CR**
**NO. 09-12-00445-CR**

_____

**DAVID JOSEPH  BLUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 11-10-11503 CR, 11-11-12306 CR, and 11-12-12832 CR**

**ORDER**

On January 28, 2013, appellant's appointed counsel filed a motion to withdraw and a brief which urges this Court to review these appeals pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008).  Counsel certified service of the motion to withdraw and the brief on the appellant.  Counsel states he provided appellant with a

1

copy of the clerk's records and the reporter's records and notified appellant of his right to review the records and file a *pro se* brief.[1]

It is, therefore, ORDERED that appellant, David Joseph Blunt, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

ORDER ENTERED February 7, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

---

[1]At or before the conclusion of the appeals, counsel must advise appellant of his right to seek discretionary review. *See In re Schulman*, 252 S.W.3d 403, 408 n.22 (Tex. Crim. App. 2008); Tex. R. App. P. 68.